UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

Naturalization Ceremony
February 11, 2023

Case No. 3:23-mc-80027-LJC

**ORDER OF THE CHIEF JUDGE**

Pursuant to 8 U.S.C. § 1421(b)(1), the Honorable Lisa J. Cisneros, United States Magistrate Judge for the Northern District of California, is hereby assigned to administer the Oath of Allegiance on February 11, 2023, to the following individuals, all of whom are individuals residing within the jurisdiction of the United States District Court for the Northern District of California:

 Milan Aggarwal

 Namrata Saidas Naik

 Mian Chen

 Zonglin Li

 Ying Wang

 Lin Hong

///

///

| | |
|---|---|
| 1 | Jintao Feng |
| 2 | Chunxia Wang |
| 3 | Hanne Schultz |
| 4 | Hiti Mirani |
| 5 | Jasmine Sahni |
| 6 | Yuan Wang |
| 7 | Anelyne Dometita Rivera |
| 8 | Elena Brown |
| 9 | Wilma Oritsemeyiwa Pinnick |
| 10 | Jan Eva Mari Padilla De Vera |
| 11 | Sangeetha Kalaiselvan |
| 12 | Yan Lu |
| 13 | Kimberly Dawn Pittis |
| 14 | Kyong Hwa Bae |
| 15 | Haiyan Wu |
| 16 | Maryia Matusevich |
| 17 | Xiao Sui |
| 18 | Ying Cai |
| 19 | Hedyeh Agheh Kholerdi |
| 20 | Laura Jean Charteris |
| 21 | Malgorzata Szornel |
| 22 | Hang Thi Bien |
| 23 | Subbalakshmi Hariharan Iyer |
| 24 | Camella Geneva Wilson |
| 25 | Jee Hyeon Lee |
| 26 | Madhurima Saxena |
| 27 | Alina Ana Stoia |
| 28 | Nathalie Delphine Cuc Le Guay |
| | Natalia Myachina |

United States District Court
Northern District of California

Marguerite Prior

**IT IS SO ORDERED**

Dated: 2/11/2023

RICHARD SEEBORG
Chief United States District Judge